I'm Daniel Mendoza #28122-078 I'm Responding to my 2255 motion, the Reason it was not filed in a timely manner is because we are always on lockdown and I never have a chance to go to the law library, if you could please grant me my appeal I would appreciate it, Thanks

FILED

APR 11 2023

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS