IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| DANIEL MENDOZA, #28122078 | § | |
| | § | |
| VS. | § | CIVIL NO. 4:21-CV-169-SDJ |
| | § | CRIMINAL NO. 4:18-CR-188(1)-SDJ |
| UNITED STATES OF AMERICA | § | |

## ORDER OF DISMISSAL

This case was referred to United States Magistrate Judge Kimberly C. Priest Johnson, who issued a Report and Recommendation (Dkt. #11) recommending that the Motion to Vacate, Set Aside, or Correct Sentence be denied. The Report and Recommendation of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration. No objections having been timely filed, the Court concludes that the findings and conclusions of the Magistrate Judge are correct, and adopts the same as the findings and conclusions of the Court.

It is therefore **ORDERED** the Motion to Vacate, Set Aside, or Correct Sentence is **DENIED** and the case is **DISMISSED** with prejudice. An Evidentiary Hearing is **DENIED**, and a Certificate of Appealability is also **DENIED**. All motions by either party not previously ruled on are hereby **DENIED**.

**So ORDERED and SIGNED this 29th day of March, 2024.**

SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE