IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

SHERMAN DIVISION

| | | |
|---|---|---|
| DANIEL MENDOZA,<br>(SPN # 28122-078)<br>　　　Movant,<br><br>VS.<br><br>UNITED STATES OF AMERICA,<br><br>　　　Respondent. | § § § § § § § § § § § | Cv No. 4:21-cv-00169-SDJ-KPJ<br>Cr No. 4:18-cr-00188-SDJ-KPJ-1 |

**MOTION FOR RECONSIDERATION OF ORDER DENYING
MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE OR
CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY**

COMES Movant, DANIEL MENDOZA ("Mendoza"), appearing *pro se,* and files his Motion for Reconsideration of Order Denying Motion under 28 U.S.C. § 2255 to Vacate, Set Aside or Correct Sentence by a Person in Federal Custody (" 2255 Motion"), and would show as follows:

**I. PRELIMINARY STATEMENT**

As a preliminary matter, Mendoza respectfully requests that the Court be mindful that "a pro se complaint should be given liberal construction, we mean that if the essence of an allegation is discernible ... then the district court should construe

1

the complaint in a way that permits the layperson's claim to be considered within the proper legal framework." See *United States v. Kayode*, 777 F.3d 719 (5th Cir. 2014); *Estelle v. Gamble*, 429 U.S. 97 (1976) (same); and *Haines v. Kerner*, 404 U.S. 519 (1972) (same).

## II. STATEMENT OF THE CASE

On March 1, 2021, Mendoza filed a § 2255 Motion. See Doc. 196, CvDoc. 1.[1]

On March 29, 2023, the Court issued an Order stating that Mendoza's § 2255 Motion was filed late and the Court was requesting a response as to why it was filed late before dismissing it. See CvDoc. 3.

On April 11, 2023, Mendoza filed a Response to the Court's Order. See CvDoc.4.

On December 7, 2023, the government was ordered to answer Mendoza's Response which was filed on February 16, 2024. See CvDocs. 6, 10.

On January 30, 2024, Mendoza filed a Supplemental § 2255 Motion. See CvDoc. 7.

On March 11, 2024, the District Court issued a Report and Recommendation of United States Magistrate Judge re: § 2255 Motion recommending to deny

---

[1] "CvDoc." refers to the U. S. District Court for the Eastern District of Texas, Sherman Division, Docket Report in Civil Number 4:21-cv-00169-SDJ-KPJ, which is immediately followed by the Docket Entry number.

2

Mendoza's § 2255 Motion as untimely filed and dismiss with prejudice. See CvDoc. 11.

On March 11, 2024, Mendoza filed a Motion for Extension of Time to File Reply to the Government's Response, which was denied as moot. The Court ordered that Mendoza's objections, if any, to the Report and Recommendation must be received no later than March 25, 2024. See CvDocs. 12, 13.

On March 29, 2024, the District Court issued an Order of Dismissal adopting the Report and Recommendation ("R&R"), as well as, a Final Judgment in this case. See CvDocs. 14, 15.

## III. <u>REASON FOR RECONSIDERATION</u>

In its March 29th Order, the Court concludes that the findings and conclusions of the Magistrate Judge are correct, and adopts the same as the findings and conclusions of the Court. See CvDocs. 14, 15. However, Mendoza prays that he be afforded the opportunity to file Objections to the R&R [CvDoc. 11]. Mendoza failed to file his objections in a timely manner because the BOP is short-staffed and they get mail very late. More so, Mendoza has always been on lockdown and not able to go check the mail room.

Mendoza states that since the COVID pandemic that the mail at FCI Pollock, has been very unreliable, inconsistent and mail is rarely received on time. In fact,

3

Mendoza just received the Magistrate Judge's R&R on April 10, 2024. The Order denying Mendoza's § 2255 Motion is dated March 29, 2024– which means he only received the R&R 12 days after his § 2255 Motion has been denie. Mendoza respectfully requests that the Court consider the additional factors above before denying the motion and dismissing the case with prejudice.

WHEREFORE, premise considered and in light of the above, Mendoza respectfully requests that the Court reconsider Mendoza's motion; and allow him to file Objections to the R&R before deciding on the merits of his § 2255 Motion.

Respectfully submitted,

Dated: April 23, 2024

*Daniel Mendoza*
DANIEL MENDOZA
REG. NO. 28122-078
FCI POLLOCK
FEDERAL CORR. INSTITUTION
P.O. BOX 4050
POLLOCK, LA 71467
Appearing *Pro Se*

## CERTIFICATE OF SERVICE

I hereby certify that on April 23, 2024, a true and correct copy of the above and foregoing Motion for Reconsideration of Order Denying Motion under 28 U.S.C. § 2255 to Vacate, Set Aside Or Correct Sentence by a Person in Federal Custody was sent via U. S. Mail, postage prepaid, Ernest Gonzalez, Assistant U.S. Attorney at U.S. Attorney's Office - Plano, 101 E. Park Blvd., Suite 500, Plano, TX 75074.

*/s/ Daniel Mendoza*
DANIEL MENDOZA

5